**1**

■

**Michael J. HINNANT, Appellant,**

v.

**Arnell JONES, Rehabilitation Specialist, et al., Appellees.**

**No. 03–7001.**

United States Court of Appeals, District of Columbia Circuit.

Sept. 10, 2003.

Michael J. Hinnant, Washington, DC, pro se.

Charles L. Reischel, Deputy Corporation Counsel, Edward Eugene Schwab, Assistant, Corporation Counsel, Michael Francis Wasserman, Washington, DC, for Defendant–Appellee.

Before GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's orders filed October 18, 2002, and November 6, 2002, be affirmed. The district court did not abuse its discretion, *see Browder v. Director, Illinois Department of Corrections,* 434 U.S. 257, 263 n. 7, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978), in denying appellant's motion to reopen and motion for reconsideration.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.